DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2997

[May 20, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Samuel Fein, Judge; L.T. Case No. 062022CF005377A88810.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda Layne Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022).

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***